**RECEIVED**
CHARLOTTE, N.C.
DEC 27 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

December 20, 2005

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

CLERK US DISTRICT COURT
North Carolina Western
Charles R. Jonas Federal Bldg.
401 West Trade St., Room 210
Charlotte, NC 28202

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 0 3 2006
DISTRICT OF HAWAII

RE:   CR. 01-00311-001
      U.S.A. vs. JOHN SCOTT

Dear Sir:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, enclosed are the following:

( X ) Certified copy of the Indictment

(   ) Certified copy of the Information

( X ) Certified Copy of Judgment and Commitment

( X ) Certified Copy of the Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

Sincerely,

Sue Beitia, Clerk

by: _____ Deputy Clerk
                      Criminal Docketing
encl.

cc:   U.S. Probation - Honolulu, Hawaii
      U.S. Probation - Receiving District

Receipt is acknowledged by:   Clerk, U.S. District Court

Dated: _____       by: _____

Your Criminal Case No.: CR. _____