ORIGINAL



# FEDERAL PUBLIC DEFENDER
### DISTRICT OF HAWAII

Matthew C. Winter
Assistant Federal Defender
matthew_winter@fd.org

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ◆ Facsimile (808) 541-3545 ◆ Toll free (877) 541-2521

---

January 2, 2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 02 2008

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

George Bartels
United States District Clerks Office
300 Ala Moana Blvd. Room C304
Honolulu, Hawaii   96813

       Re:    Financial Affidavit for John Scott

Dear Mr. Bartels:

       Attached for further processing, please find the Financial Affidavit in reference to John Scott.  Mr. Scott has contacted our office for assistance in seeking to term his period of supervision in United States v. Scott, Cr. No. 01-00311 DAE

       Would you please submit Mr. Scott's affidavit to the Court so that a panel attorney can be appointed to assist him with this matter if he qualifies. Further, our office cannot represent him because of a conflict of interest in the case. It is requested that counsel from the CJA Panel be appointed to represent Mr. Scott.

       Thank you for your assistance in this matter.

                              Sincerely,

                              MATTHEW C. WINTER
                              Assistant Federal Defender
                              District of Hawaii

Attachment